UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE ... LA

2007 AUG 15  P 4: 12

| | |
|---|---|
| CALVIN GROSS (D.O.C. #297030) | CIVIL ACTION |
| VERSUS | |
| LYNN COOPER, WARDEN | NO. 05-1052-C |

## RULING

The court, after carefully considering the Report and Recommendation of United States Magistrate Judge Christine Noland dated July 19, 2007, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the court's dismissal of Gross' habeas case on May 5, 2006 related to both his conviction on one count of possession with intent to distribute marijuana on October 4, 2001 and his conviction on one count of distribution of cocaine on February 6, 2002.

Baton Rouge, Louisiana, August  15  , 2007.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA